
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 7 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 - CV - 01068 BNB

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LAUREN NETTINA,

    Plaintiff,

v.

CERNER CORPORATION, et al.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Lauren Nettina, submitted *pro se* a motion titled "Motion for the Court to Grant Leave of Court for Plaintiff To Be Pro Se in Above Named Case."

The Court must construe Ms. Nettina's filing liberally because she is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. Nettina will be directed to cure certain deficiencies in the instant action in order to obtain leave of Court to proceed *pro se*.

On May 4, 2010, the Court prohibited Ms. Nettina from initiating a civil action in this Court without the representation of an attorney licensed to practice in the State of Colorado and admitted to practice in this Court, unless she first obtains leave of Court

to proceed *pro se*. See *Nettina v. Department of Justice (DOJ) & Affiliates, et al.*, No. 10-cv-00333-ZLW (D. Colo. May 4, 2010). The order noted that, in order to obtain permission to proceed *pro se*, Ms. Nettina must take the following steps:

1. File with the clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

    A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

    B. A statement of the legal issues to be raised in the proposed new pleading and whether she has raised the same issues in other proceedings in the District of Colorado. If so, she must cite the case number and docket number where the legal issues previously have been raised.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new pleading shall be submitted to the clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for review. If the motion requesting leave to file a *pro se* action is denied, the matter will be dismissed. If the motion requesting leave to file a *pro se* action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil.

Ms. Nettina seeks to be granted permission to proceed *pro se* in the instant action. However, she has failed to follow the steps outlined in No. 10-cv-00333-ZLW.

She has failed to submit on the proper, Court-approved form a complaint indicating the claims she wishes to assert against the named defendants. She also has failed to submit on the proper, Court-approved form a motion and affidavit pursuant to 28 U.S.C. § 1915 for leave to proceed *in forma pauperis*. She will be afforded thirty days from the date of this order in which to comply with all the directives in this order and in No. 10-cv-00333-ZLW. Failure to do so within the time allowed will result in the dismissal of the instant action.

Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that Plaintiff, Lauren Nettina, is directed **within thirty (30) days from the date of this order** to comply with the directives in this order and in *Nettina v. Department of Justice (DOJ) & Affiliates, et al.*, No. 10-cv-00333-ZLW (D. Colo. May 4, 2010), in order to seek leave to obtain permission to proceed *pro se*. It is

FURTHER ORDERED that the clerk of the Court mail to Ms. Nettina, together with a copy of this order, the following forms to be used in her attempt to initiate a civil action *pro se*: Complaint; Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Ms. Nettina fails within the time allowed to comply

with this order, the instant action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 6th day of May, 2010.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 - CV - 01068

Lauren Nettina
4547 Chesnut Ridge Road
Unit 111B
West Amherst, NY 14228

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on ___5/7/10___

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk