IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01068-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

CERNER CORPORATION, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2010

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Lauren Nettina, attempted to initiate the instant action by submitting to the Court *pro se* a motion titled "Motion for the Court to Grant Leave of Court for Plaintiff To Be Pro Se in Above Named Case." For the reasons stated below, the instant action will be dismissed.

In an order filed in a separate action on May 4, 2010, the Court prohibited Ms. Nettina from initiating a civil action in this Court without the representation of an attorney licensed to practice in the State of Colorado and admitted to practice in this Court unless she first obtains leave of Court to proceed *pro se*. See *Nettina v. Department of Justice (DOJ) & Affiliates, et al.*, No. 10-cv-00333-ZLW (D. Colo. May 4, 2010), *appeal filed*, No. 10-1329 (10th Cir. May 26, 2010). The May 4 order noted that in order to obtain permission to proceed *pro se* Ms. Nettina must take the following steps:

    1.    File with the clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

   A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

   B. A statement of the legal issues to be raised in the proposed new pleading and whether she has raised the same issues in other proceedings in the District of Colorado. If so, she must cite the case number and docket number where the legal issues previously have been raised.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The May 4 sanction order directed that the motion requesting leave to file a *pro se* action and the proposed new pleading be submitted to the clerk of the Court, who would forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for review. The May 4 order informed Ms. Nettina that if the motion requesting leave to file a *pro se* action was denied the matter would be dismissed. Ms. Nettina also was informed that if the motion requesting leave to file a *pro se* action was granted the case would proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil.

On May 7, 2010, the Court entered an order in the instant action directing the clerk of the Court to commence a civil action and affording Ms. Nettina thirty days in which to comply with the directives in the May 7 order and with the May 4 sanction order in No. 10-cv-00333-ZLW. The May 7 order warned her that if she failed to do so

2

within the time allowed the instant action would be dismissed.

On May 20, 2010, Ms. Nettina filed a response to the May 7 order to commence and cure, titled "Motion to Respond to Order to Commence Civil Action and Cure Deficiencies," informing the Court that she would "proceed to comply with the directives for this case." *See* Motion to Respond to Order to Commence Civil Action and Cure Deficiencies at 2. However, she failed to do so.

Ms. Nettina has failed, within the time allowed, to cure the deficiencies designated in the May 7 order and to comply with the sanction order in No. 10-cv-00333-ZLW. She failed to follow the steps outlined in No. 10-cv-00333-ZLW. Specifically, she failed to submit a motion requesting leave to file a *pro se* action that includes information concerning her pending and lawsuits, the legal issues to be raised in the proposed new pleading, whether she has raised the same issues in other proceedings in this Court, and, if so, the cases in which the legal issues previously have been raised. She failed to submit on the proper, Court-approved form a complaint indicating the claims she wished to assert against the named Defendants. She also failed to submit on the proper, Court-approved form a motion and affidavit pursuant to 28 U.S.C. § 1915 for leave to proceed *in forma pauperis*.

Accordingly, it is

ORDERED that the instant action is dismissed without prejudice for the failure of Plaintiff, Lauren Nettina, to cure the deficiencies designated in the May 7, 2010, order and to comply with the sanction order in ***Nettina v. Department of Justice (DOJ) & Affiliates, et al.***, No. 10-cv-00333-ZLW (D. Colo. May 4, 2010), ***appeal filed***, No. 10-

1329 (10th Cir. May 26, 2010), in order to seek leave to obtain permission to proceed *pro se*.

DATED at Denver, Colorado, this __21st__ day of __June__, 2010.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01068-BNB

Lauren Nettina
4547 Chesnut Ridge Road
Unit 111B
West Amherst, NY 14228

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/22/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk