IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01068-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

CERNER CORPORATION, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion to close this action, filed on July 6, 2010, is denied as moot. This case was closed by an Order of Dismissal and Judgment filed on June 22, 2010.

Dated: July 23, 2010